UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL PAUL REESMAN,

                            Petitioner,

            v.

RON HAYNES,

                            Respondent.

CASE NO. C16-5925 BHS-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)      The R&R is **ADOPTED**.

(2)      Petitioner's application to proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

Dated this 4th day of January, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER